Christian RASMUSSEN, Appellant, v. UNITED STATES of America, Appellee.

No. 84.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

Gazan & Caldwell and Simone Gazan, all of New York City, for appellant.

Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y., and Tompkins, Boal & Tompkins, of New York City (Arthur M. Boal, of New York City, of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.